UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

CECILIA NICHOLAS,                                    Civil Case#3:10-CV-1565 (TJM/DEP)
                              Plaintiff
        vs
CITY OF BINGHAMTON, POLICE OFFICERS
CHARLES D. HARDER, JAMES MOONEY,              ***Plaintiff's* EXHIBIT LIST *in***
Capt. JOHN CHAPMAN, CHIEF JOSEPH ZIKUSKI      ***Opposition to Defendants' Renewed***
                              Defendants             ***Motion for Summary Judgement***

_____



## *LIST of EXHIBITS*

1.  Elgaaen v HJ Heinz

2.  Dr. Nunez Malpractice History

3.  Research articles on post traumatic arthritis

4.  X-Ray from October 2005

5.  MRI  Bilateral Wrists & Hands (January 2011)

6.  Affidavit of Dr. Jubelt, treating physician

7.  Photo of Plaintiff's Bruises on forearm pressure points

8.  Binghamton Police Dept. Training material on Pressure Pts etc.

9.  Interrogatory Answers of Defendant Captain John Chapman

10. Affidavit of Service (for letter motion requesting extension October 8, 2012

`UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OC⁻ 1  2012
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

CECILIA  NICHOLAS,
                    Plaintiff

                                              Civil Index No: 3:10-CV-1565
         vs                                                    (TJM/DEP)

                                          *Affidavit of Service*

CITY OF BINGHAMTON NEW YORK,
POLICE OFFICERS CHARLES D. HARDER,
JAMES MOONEY, CAPT. JOHN CHAPMAN,
CHIEF JOSEPH ZIKUSKI,
                    Defendants

---

Amber Lowe, residing at 22 Seymour Ave. Binghamton, NY 13905,  being duly sworn,
        deposes and says:
I am over 18 years of age and am not a party to this action.

On(October 18, 2012          , I served the within papers:
      (date)

Papers and Exhibits in Opposition to Defendant's Renewed Motion for Summary Judgement

By personal service on the following:

Brian Seachrist, Esq                     Patricia Cummings,Esq.
Corporation Counsel Office               Leonard & Cummings
Binghamton City Hall 5th floor           84 Court St.   Suite  402
38 Hawley St.                            Binghamton, NY  13901
Binghamton, NY  13901

By delivering a true copy of the aforesaid documents personally to the addresses noted above;
deponent knew said person/corporation so served to be the person/corporation described.

Sworn to before me this
  18  day of  Oct 2012

  Cecilie Nicholas
  Notary Public                              Amber Lowe

        CECILIA NICHOLAS
   Notary Public, State of New York
      Residing in Broome County
   Registration No. 02NI5026921
     Commission Expires April 25  2014